THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENGARRY REALTY CORPORATION v. JAMES J. SEXTON and Others, etc. THE PEOPLE OF THE STATE OF

NEW YORK ex rel. GLENGARRY REALTY CORPORATION v. WILLIAM STANLEY MILLER and Others, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.